UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01434-GAP-LRH

SASHA ADAMSON,

    **Plaintiff**,

v.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES,

    **Defendant**.

_____/

## **RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Sasha Adamson ("Plaintiff") submits this Response to the Order to Show Cause [D.E. 8] issued by this Court on September 22, 2021, and states:

1. On August 11, 2021, Plaintiff sued Defendant Credit Control Services, Inc. *doing business as* Credit Collection Services ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA") and Florida Consumer Collection Practices Act ("FCCPA") in Brevard County Court, *case no. 05-2021-CC-040056*. *See* D.E. 1-1.

2. On August 31, 2021, Defendant removed Plaintiff's case to this Court. *See generally* D.E. 1.

3. On September 2, 2021, this Court issued the Initial Order re: Case Management and Deadlines [D.E. 3], of which required Plaintiff to file a Notice of

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Pendency of Other Actions *and* a Certificate of Interested Persons within fourteen (14) days, *i.e.,* on or before September 16, 2021.

4. Due to a calendaring error, Plaintiff inadvertently failed a Notice of Pendency of Other Actions and a Certificate of Interested Persons on or before September 16, 2021.

5. On September 22, 2021, the Order to Show Cause [D.E. 8] the subject of this Response was issued by this Court, wherein Plaintiff was "**ORDERED TO SHOW CAUSE** by October 6, 2021, why sanctions should not be imposed, which may include dismissal of this case," D.E. 8 at 1-2, for Plaintiff's failure to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons on or before September 16, 2021.

6. On October 5, 2021, Plaintiff filed the required Notice of Pendency of Other Actions. *See* D.E. 10.

7. On October 6, 2021, Plaintiff filed the required Certificate of Interested Persons. *See* D.E. 11.

8. Plaintiff, respectfully, apologizes to this Court for inadvertently failing to timely file a Notice of Pendency of Other Actions and a Certificate of Interested Persons on or before September 16, 2021, as such was the result of clerical calendaring error.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

9. As of this filing, Plaintiff has filed both the necessary Notice of Pendency of Other Actions [D.E. 10], as well as the necessary Certificate of Interested Persons [D.E. 11].

10. Plaintiff, respectfully, asks this Court to excuse Plaintiff's untimely filing of the Notice of Pendency of Other Actions and Certificate of Interested Persons as inadvertent error and allow Plaintiff to continue to prosecution of this case without delay.

Dated: October 6, 2021

                                      Respectfully Submitted,

                                       /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:  tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:  561-542-8550

*COUNSEL FOR PLAINTIFF*

PAGE | **3** of **4**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 6, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  /s/ Thomas J. Patti
                                                  **THOMAS J. PATTI, ESQ.**
                                                  Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com