UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SASHA ADAMSON,

      Plaintiff,

v.                                                    Case No:   6:21-cv-1434-GAP-LRH

CREDIT CONTROL SERVICES, INC.

      Defendant.

## ORDER

Upon consideration of the Unopposed Motion to Consolidate Related Cases for Discovery and Mediation filed October 28, 2021 (Doc. 14), it is

**ORDERED** that the motion is **GRANTED**.   The following cases are hereby consolidated for all pretrial proceedings:   6:21-cv-1434-GAP-LRH, 6:21-cv-1522-GAP-GJK, 6:21-cv-1541-GAP-DCI, 6:21-cv-1827-GAP-LRH, 6:21-cv-1840-GAP-GJK, and 6:21-cv-1862-GAP-GJK, and 6:21-cv-1859-GAP-DCI.

- All consolidated pleadings should be filed in this lead case, 6:21-cv-1434-GAP-LRH, and shall list all case captions to which the pleadings relate.

- A consolidated uniform case management form shall be filed by January 8, 2022, and should include only dates through the filing of the final pretrial statement.   A subsequent order will be entered in the individual cases

setting the deadline for all other motions, including motions in limine, and the dates of the final pretrial conferences and trial terms.

- Any motions to strike previously filed in the individual cases shall be consolidated into a single motion to strike to be filed in this lead case.

- The Clerk is directed to reassign the magistrate judge in the member cases to United States Magistrate Judge Leslie R. Hoffman.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 9, 2021.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party